**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

JOHN H. DOUGLAS, CA BAR NO. 178966
SCOTT INCIARDI, CA BAR NO. 228814
KRISTY KUNISAKI, CA BAR NO. 241005

Attorneys for Plaintiff
Enloe Medical Center

**CALIFORNIA NURSES ASSOCIATION**
**LEGAL DEPARTMENT**
PAMELA ALLEN BAR NO. 139136
pallen@calnurses.org
2000 FRANKLIN STREET, SUITE 300
OAKLAND, CALIFORNIA 94612
(510) 273-2200 - PHONE
(510) 663-4822 - FAX

Attorneys for Defendant
California Nurses Association

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENLOE MEDICAL CENTER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA NURSES ASSOCIATION<br><br>　　　　　Defendants. | Case No:  2:07-CV-00094-MCE-DAD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER THEREON**<br><br>JUDGE:　　HON. MORRISON C. ENGLAND, JR. |

The parties hereto hereby stipulate to a dismissal with prejudice of this entire action, and request this Court to enter an order dismissing with prejudice the action, each party to bear its own fees and costs.

///

///

///

///

| | |
|---|---|
| Dated: October 29, 2007 | FOLEY & LARDNER LLP<br>JOHN H. DOUGLAS<br>SCOTT P. INCIARDI<br>KRISTY KUNISAKI |
| | By:   /s/ JOHN H. DOUGLAS<br>ATTORNEYS FOR PLAINTIFF ENLOE MEDICAL CENTER |
| Dated: October 29, 2007 | CALIFORNIA NURSES ASSOCIATION<br>PAMELA S. ALLEN |
| | By:   /s/ PAMELA S. ALLEN<br>ATTORNEYS FOR DEFENDANT CALIFORNIA NURSES ASSOCIATION |

<u>ORDER</u>

PURSUANT TO THE STIPULATION OF THE PARTIES, THE ABOVE-ENTITLED ACTION IS DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN FEES AND COSTS.

IT IS SO ORDERED.

DATED: October 30, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE